No. D–2100.  IN RE DISBARMENT OF MMAHAT.  John A. Mmahat, of Metairie, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring

1058

him to show cause why he should not be disbarred from the practice of law in this Court.